WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN VANDEVELDE,<br><br>            Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendants. | Case No.: 2:21-cv-01495-JAD-NJK<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Plaintiff, Brian Vandevelde ("Plaintiff"), and Defendant, Bank of America, N.A. ("BANA"), by and through their respective attorneys of records, jointly move the Court as follows:

On August 11, 2021, Plaintiff filed his Complaint [ECF No. 1]. BANA was served with Plaintiff's Complaint on August 11, 2021. The deadline for BANA to respond to Plaintiff's Complaint is September 1, 2021. The Parties have discussed extending the deadline for BANA to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for BANA to file their responsive pleading to Plaintiff's Complaint to October 1, 2021.

This is the first motion for an extension of time for BANA to file their responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this motion, BANA agrees to participate in any Rule 26(f) conference that occurs

during the pendency of this extension.

| DATED this 1st day of September, 2021. | DATED this 1st day of September, 2021. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | LAW OFFICES OF NICHOLAS M. WAJDA, ESQ./WAJDA LAW GROUP, APC |
| */s/ Ramir M. Hernandez*<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Bank of America, N.A.* | */s/ Nicholas M. Wajda*<br>Nicholas M. Wajda<br>Nevada Bar No. 11480<br>871 Coronado Center Drive, Ste. 200<br>Henderson, Nevada 89052<br>*Attorneys for Plaintiff, Brian Vandevelde* |

**ORDER**

    **IT IS SO ORDERED.**

    Dated September 2, 2021

_____
UNITED STATES MAGISTRATE JUDGE