WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN VANDEVELDE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendants. | Case No.:  2:21-cv-01495-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE** |

　　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Bank of America, N.A., from the above captioned action, with prejudice.

/././
/././
/././
/././
/././
/././
/././
/././
/././

1

Each party will bear its own fees and costs.

IT IS SO STIPULATED.

| DATED this 5th day of May, 2022. | DATED this 5th day of May, 2022. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **LAW OFFICES OF NICHOLAS M. WAJDA, ESQ./WAJDA LAW GROUP, APC** |
| */s/ Ramir M. Hernandez* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Ramir M. Hernandez, Esq. <br> Nevada Bar No. 13146 <br> 7785 W. Sahara Avenue, Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Defendant, Bank of America, N.A.* | */s/ Nicholas M. Wajda* <br> Nicholas M. Wajda <br> Nevada Bar No. 11480 <br> 871 Coronado Center Drive, Ste. 200 <br> Henderson, Nevada 89052 <br> *Attorneys for Plaintiff, Brian Vandevelde* |

### **ORDER**

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE